UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                            Case No. 14-20780
                                          Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.

_____/

## ORDER DENYING DEFENDANT CURTIS SCOTT'S
## RENEWED MOTION TO SUPPRESS (ECF #61)

On December 9, 2014, a grand jury indicted Defendant Curtis Scott ("Scott") on one count of making a false statement to a federal agent in violation of 18 U.S.C. § 1001. Scott thereafter filed three motions to suppress certain evidence gathered by law enforcement officers during their investigation. (*See* ECF ## 15-17.) On August 5, 2015, this Court entered an Opinion and Order denying Scott's motions to suppress. (*See* ECF # 37.)

On November 24, 2015, a grand jury returned a first superseding indictment against Scott. (*See* ECF # 45.) The new indictment adds two counts against Scott: (1) carjacking in violation of 18 U.S.C. § 2119(1) and §2 and (2) using a firearm in connection with a crime of violence in violation of 18 U.S.C. § 924(c) and §2. (*See id.*) Scott has now filed a renewed motion to suppress (the "Renewed Motion

1

to Suppress"). (*See* ECF #61.) The Renewed Motion to Suppress seeks to suppress the same evidence that was the subject of Scott's original motions to suppress. (*See id.*) Scott has not advanced any new arguments in favor of suppression. Instead, Scott says that he has filed the Renewed Motion to Suppress solely to make clear in the record that he is seeking to suppress the evidence that was the subject of his original motions to suppress with respect to all three charges now brought against him.

For all of the reasons explained in the Court's Opinion and Order denying the original motions to suppress (*see* ECF #37), **IT IS HEREBY ORDERED** that the Renewed Motion to Suppress (ECF #61) is **DENIED**.


                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
Dated:  January 25, 2016            UNITED STATES DISTRICT JUDGE


        I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2016, by electronic means and/or ordinary mail.

                                    s/Holly A. Monda
                                    Case Manager
                                    (313) 234-5113

2