UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 14-20780
                                            Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

    Defendant.

_____/

## ORDER (1) DENYING DEFENDANT'S *PRO SE* MOTION TO DISMISS CHARGES (ECF #80) AND (2) DENYING DEFENDANT'S RENEWED MOTION TO SUPPRESS EVIDENCE

On February 29, 2016, Defendant Curtis Scott ("Scott") filed a *pro se* motion to dismiss the charges the Government has brought against him in this case (the "Motion to Dismiss"). (*See* ECF #80.) On March 2, 2016, Scott's counsel orally renewed his previous written motion to suppress certain evidence the Government sought to introduce against Scott (the "Renewed Suppression Motion"). (*See* Dkt.) The Court heard oral argument on both motions on March 2, 2016.

For the reasons stated on the record, **IT IS HEREBY ORDERED** that the Motion to Dismiss and the Renewed Suppression Motion are **DENIED**.

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
Dated:  March 3, 2016                  UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 3, 2016, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113