UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 14-20780
                                            Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION
## TO ADMIT RECORDED TELEPHONE CALL (ECF #84)

On March 5, 2016, Defendant Curtis Scott ("Scott") filed a motion to admit portions of a recorded telephone call between Scott and Roland Hubbard (the "Motion to Admit"). (*See* ECF #84.) The Court heard oral argument on the Motion to Admit on March 7, 2016.

For the reasons stated on the record, **IT IS HEREBY ORDERED** that the Motion to Admit (ECF #84) is **DENIED**.

                                     s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated: March 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 8, 2016, by electronic means and/or ordinary mail.


s/Holly A. Monda
Case Manager
(313) 234-5113