UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 14-cv-20780
Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

    Defendant.

_____/

## ORDER FOR SUBSTITUTION OF COUNSEL

On Wednesday, April 20, 2016, the Court held a Status Conference to address a possible substitution of appointed defense counsel. Based on the statements of currently-appointed counsel and Defendant Curtis Scott, the Court determined that the proper course of action is to appoint new counsel for Mr. Scott to represent Mr. Scott in connection with all remaining pre-appeal proceedings in this Court and to represent Mr. Scott on appeal. Accordingly,

**IT IS HEREBY ORDERED** that the Appearances of Leroy Soles, Benton Martin, and Brandy Robinson as counsel for Mr. Scott are **TERMINATED**.

**IT IS FURTHER ORDERED** that new counsel is appointed for Mr. Scott to represent him in all remaining pre-appeal matters in this Court and on appeal. The Federal Defender Office shall designate this newly-appointed counsel from the current CJA Panel as soon as possible.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 20, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113