UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 14-cr-20780
Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.
_____/

## ORDER UNSEALING AND RESEALING RECORD

The matter is before the Court on defense counsel's request for a transcript of a sealed proceeding.

Accordingly, **IT IS HEREBY ORDERED** that the record be unsealed for the purpose of preparation of the transcript of the March 7, 2016, sealed proceeding made during the jury trial, and thereafter resealed.

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: September 30, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2016, by electronic means and/or ordinary mail.

      s/Holly A. Monda
      Case Manager
      (313) 234-5113