UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                            Case No. 14-20780
                            Hon. Matthew F. Leitman

CURTIS SCOTT,

    Defendant.
_____/

## ORDER ON STATUS CONFERENCE AND RESOLVING PENDING MOTIONS

On March 9, 2017, the Court held an in-person, on-the-record status conference in this action. As discussed and for the reasons stated on the record during the status conference, **IT IS HEREBY ORDERED** as follows:

- Defendant Curtis Scott's request to represent himself in this action is **GRANTED**;

- The appearance of and representation of Scott by attorney Patricia A. Maceroni is **TERMINATED**;

- Scott's Motion to be Allowed to Address the Court on the Issue of Bond (ECF #125) Bond is **DENIED**;

- Scott's Motion for Standby Counsel and to Extend Deadlines (ECF #142) is **GRANTED IN PART AND DENIED IN PART** as follows: the Court grants the motion, as set forth below, to the extent it seeks an extension of time to file a supplemental brief to Scott's Motion for New Trial (ECF #144). The Court denies the motion in all other respects, including but not limited to Scott's request for

1

standby counsel.  Scott may renew his request for standby counsel if this Court decides to hold a further hearing on his Motion for New Trial.

- The Government's Motion to Strike (ECF #149) is **GRANTED**;

- The following docket entries are **STRICKEN**: ECF ## 115, 145, 146, 150, 151, 152, 153, 154, 155, and 156.  As explained on the record, Scott may raise the arguments he presented in these stricken docket entries in the supplemental filing referenced below;

- Scott may file a supplement to his Motion for New Trial (ECF #144).  The supplement shall not exceed 40 pages and shall be filed with the Court by no later than April 7, 2017.  The Government shall file its response by no later than May 5, 2017.  The Government may limit its response to the issue of timeliness under Federal Rule of Criminal Procedure 33(b)(2).  If the Court determines that any of the claims Scott raises (either in his initial motion – ECF #144 – or his forthcoming supplement) are timely, the Court will grant the Government the opportunity to address the claims on the merits.  Scott may file a reply brief by no later than May 26, 2017.  The reply shall not exceed ten pages.

**IT IS SO ORDERED**.

Dated:  March 10, 2017

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 10, 2017, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113