UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 14-20780
                                                  Hon. Matthew F. Leitman
v.

CURTIS SCOTT,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S EX PARTE APPLICATION FOR AUTHORIZATION TO OBTAIN SERVICES OF AN INVESTIGATOR (ECF #185) WITHOUT PREJUDICE

On June 26, 2017, Defendant Curtis Scott filed an *ex parte* application for authorization to obtain the services of an investigator. (*See* ECF #185.) For the reasons stated on the record at the August 8, 2017, status conference in this action, Scott's motion is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
Dated: August 9, 2017             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2017, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764