UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                   Case No. 14-cr-20780
                                                 Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

       Defendant.
_____/

# ORDER GRANTING DEFENDANT'S REQUEST
# TO PRODUCE TRANSCRIPTS (ECF #212)

This matter is before the Court on Defendant, Curtis Scott's request to produce transcripts (ECF #212) for the March 9, 2017 and July 10, 2017 status conferences, which the Defendant asserts that he needs in order to prepare for an evidentiary hearing in support of his motion for a new trial.

**IT IS HEREBY ORDERED** that defendant's request in **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant qualifies under the Criminal Justice Act and is eligible to have transcripts produced by the Court Reporter at government expense.

**IT IS FURTHER ORDERED** that the transcripts of the March 9, 2017 and July 10, 2017 status conferences shall be paid for from funds allocated under the Criminal Justice Act, and the Court Reporter and the Clerk of the Court are directed

to prepare and/or process the CJA-24 forms in the Court's eVoucher system in accordance with this Order.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: October 6, 2017

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2017, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764