UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 14-cr-20780
Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.

_____/

## **ORDER ON MOTION HEARINGS**

On November 7, 2017, the Court held an evidentiary hearing on Defendant Curtis Scott's motion for a new trial. (*See* ECF #144.) During that hearing, the Court resolved several pending motions in this action.

For the reasons stated on the record at the evidentiary hearing, **IT IS HEREBY ORDERED** that:

- Attorney Richard D. Korn's motion to withdraw as counsel for Scott (ECF #206) and Scott's motion to terminate Korn as standby counsel (ECF #207) are **TERMINATED AS MOOT** because they were withdrawn at the evidentiary hearing.

- Scott's motion for a transcript of the July 10, 2017, status conference is **TERMINATED AS MOOT** because the Court has provided Scott the requested transcript. (*See* ECF #229.)

- Scott's motion for clarification (ECF #233) is **GRANTED** as follows: In the Court's June 6, 2017, Order setting the evidentiary hearing, the Court said that witnesses Monico Hayes and Paijah McCloud had asserted in affidavits that they had informed Scott's trial counsel, Leroy Soles, that they could present certain exculpatory testimony at trial. (*See* ECF #180 at Pg. ID 3027-28.) The Court rescinds from the June 6, 2017, Order the suggestion that Hayes and McCloud swore in their affidavits that they had so informed Soles.

- The Government's motion to unseal the jury trial transcript (ECF #236) is **GRANTED**. The Government shall ensure that the assigned Court Reporter is paid for his preparation of the transcript.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 9, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 9, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764