UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 14-cr-20780
                                                Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

       Defendant.
_____/

## ORDER CONCERNING REQUEST FOR DOCKET FILINGS (ECF #361)

Defendant Curtis Scott is representing himself in this action. The Court has appointed Richard Korn as stand-by counsel for Mr. Scott. (*See* ECF ## 181, 184.) On April 18, 2018, Mr. Scott filed a request to "be allowed to get [a]ccess to [m]y [d]ocket filings . . . ." (ECF #361.)

The most efficient way for Mr. Scott to obtain filings on this docket is through his stand-by counsel, Mr. Korn. Therefore, the Court directs Mr. Scott to make any requests for docket filings to Mr. Korn. The Court authorizes and directs Mr. Korn to provide Mr. Scott with the copies of the docket filings that he requests.

**IT IS SO ORDERED.**

                                                     /s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: April 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 19, 2018, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764