UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                      Case No. 14-cr-20780
                                               Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

       Defendant.
_____/

## ORDER CONCERNING REQUEST FOR INVESTIGATOR TO SECURE DOCUMENTS (ECF #389)

On March 9, 2016, a jury convicted Defendant Curtis Scott of aiding and abetting a carjacking, aiding and abetting the use and/or carrying of a firearm during a crime of violence, and making a false statement to a federal agent. Sentencing is scheduled for September 11, 2018 at 10:00 a.m. On May 24, 2018, Scott requested that the Court appoint an investigator to assist him in gathering information for his sentencing. (*See* ECF #389.)

The Court is inclined to consider appointing an investigator to assist Scott. However, before the Court does so, it requires additional information from Scott. By not later than **June 15, 2018**, Scott shall file a supplement to his request for the appointment of an investigator in which he: (1) identifies the investigator that he wishes the Court to appoint; (2) identifies with specificity the tasks he wishes the

1

investigator to perform (which must be related to his sentencing); and (3) proposes a budget setting forth the total amount of money to be allocated to the investigator's work.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764