UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 14-cr-20780
                                                  Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## MOTION FOR EXTENSION (ECF #401)

On March 9, 2016, a jury convicted Defendant Curtis Scott of aiding and abetting a carjacking, aiding and abetting the use and/or carrying of a firearm during a crime of violence, and making a false statement to a federal agent. Sentencing is scheduled for September 11, 2018 at 10:00 a.m. On May 24, 2018, Scott requested that the Court appoint an investigator to assist him in gathering information for his sentencing. (*See* ECF #389.) In an Order dated May 31, 2018, the Court stated that it would consider appointing an investigator if Scott provided certain additional information concerning the identity of the investigator, the investigator's tasks, and the budget for the investigator's services. (*See* Order, ECF #395.) The Order required Scott to file a supplement with the requested information by June 15, 2018.

(*See id.*)  Scott has now filed a motion seeking an extension of time to file that supplement. (*See* Mot. for Extension, ECF #401.)

The Court agrees to grant Scott additional time to comply with the Court's Order dated May 31, 2018.  Accordingly, Scott's motion for an extension is **GRANTED**.  Scott shall file the required supplement to his request for investigator **on or before July 2, 2018**.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 14, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 14, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764