UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                Case No. 14-cr-20780
                                                Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

       Defendant.
_____/

**ORDER DENYING DEFENDANT'S (1) MOTION FOR EXTENSION
OF TIME (ECF #409) AND (2) MOTION FOR RECONSIDERATION (ECF #410)**

On July 11, 2018, Defendant Curtis Scott filed two new motions in this action: a motion for an extension of time (ECF #409) and a motion for reconsideration of the Court's previous ruling denying him a new trial (ECF #410). These motions raise the same issues that Scott raised in previous motions for an extension of time and for reconsideration. (*See* ECF ## 406, 407.) The Court denied those motions in a written order dated July 9, 2018. (*See* ECF #408.) For all of the same reasons explained in the Court's July 9, 2018, order – which the Court incorporates here by reference – the Court **DENIES** Scott's currently-pending motions for an extension of time and for reconsideration (ECF ## 409, 410.)

     **IT IS SO ORDERED.**

                                                      /s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 13, 2018

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2018, by electronic means and/or ordinary mail.

                                                      s/Holly A. Monda
                                                     Case Manager
                                                     (810) 341-9764