UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 14-cr-20780
                                                       Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

       Defendant.

_____/

## ORDER GRANTING SECOND EXTENSION OF TIME FOR DEFENDANT TO SUBMIT INFORMATION IN SUPPORT OF REQUEST FOR COURT-APPOINTED INVESTIGATOR

On March 9, 2016, a jury convicted Defendant Curtis Scott of aiding and abetting a carjacking, aiding and abetting the use and/or carrying of a firearm during a crime of violence, and making a false statement to a federal agent. Sentencing is scheduled for September 11, 2018 at 10:00 a.m. On May 24, 2018, Scott requested that the Court appoint an investigator to assist him in gathering information for his sentencing. (*See* ECF #389.) In an Order dated May 31, 2018, the Court stated that it would consider appointing an investigator if Scott provided certain additional information concerning the identity of the investigator, the investigator's tasks, and the budget for the investigator's services. (*See* Order, ECF #395.) The Order required Scott to file a supplement with the requested information by June 15, 2018. (*See id.*)

1

Scott thereafter filed a motion seeking an extension of time to file the required supplement. (*See* Mot. for Extension, ECF #401.) By order dated June 14, 2018, the Court granted the requested extension and directed Scott to submit the required supplement by not later than July 2, 2018. (ECF #403.)

Scott did not submit the required supplement by the extended deadline. Instead, on July 16, 2018, he filed a motion in which he claimed that he got "no reply" to his request for an investigator. (ECF #413.) That assertion is false. The Court responded to his request for an investigator *twice* – in the two prior orders described above.

The Court remains inclined to appoint an investigator to assist Scott with gathering information for use in connection with sentencing (and only sentencing). But the Court is not going to approve an open-ended and undefined request for an investigator, nor will the Court approve a request without a proposed budget.

The Court will grant Scott one final extension of time to submit the supplemental information in support of his request for investigator. Scott shall file the required supplement to his request for investigator **on or before August 1, 2018**.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: July 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 19, 2018, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda
                                                          Case Manager
                                                          (810) 341-9764