UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                          Case No. 14-cr-20780
                                          Hon. Matthew F. Leitman

CURTIS SCOTT,

      Defendant.

_____/

## ORDER REQUIRING DEFENDANT'S APPEARANCE

On August 16, 2018, the Court scheduled an in-person status conference in this action for August 21, 2018, at 10:00 a.m. (*See* Notice, ECF #430.) Defendant Curtis Scott was ordered to personally appear at that conference. (*See id.*) Through this order, the United States Marshals Service is authorized to use the minimum amount of force necessary to ensure Scott's appearance in Court for the scheduled status conference.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: August 21, 2018

1