UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                  Case No. 14-cr-20780
                                              Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.

_____/

## ORDER REQUIRING DEFENDANT'S APPEARANCE

On August 22, 2018, the Court scheduled an in-person status conference in this action for September 4, 2018, at 10:00 a.m. (*See* Notice, ECF #436.) Defendant Curtis Scott is ordered to personally appear at that conference. (*See id.*) Through this order, the United States Marshals Service is authorized to use the minimum amount of force necessary to ensure Scott's appearance in Court for the scheduled status conference.

**IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: August 22, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 22, 2018, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764