UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 14-cr-20780
                                              Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.

_____/

## ORDER REQUIRING DEFENDANT'S APPEARANCE

On March 14, 2019, the Court scheduled an in-person status conference in this action for April 1, 2019, at 11:00 a.m. (*See* Notice, ECF #482.) Defendant Curtis Scott is ordered to personally appear at that conference. (*See id.*) Through this order, the United States Marshals Service is authorized to use the minimum amount of force necessary to ensure Scott's appearance in Court for the scheduled status conference.

     **IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: March 27, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 27, 2019, by electronic means and/or ordinary mail.

                                     s/Holly A. Monda  
                                     Case Manager  
                                     (810) 341-9764