UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 14-cr-20780
Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

    Defendant.

_____/

## ORDER REQUIRING DEFENDANT'S APPEARANCE

On April 22, 2019, the Court scheduled an in-person status conference in this action for April 30, 2019, at 1:30 p.m. (*See* Notice, ECF #508.) Defendant Curtis Scott is ordered to personally appear at that conference. (*See id.*) Through this order, the United States Marshals Service is authorized to use the minimum amount of force necessary to ensure Scott's appearance in Court for the scheduled status conference.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: April 22, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2019, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764