UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 14-cr-20780
                                          Hon. Matthew F. Leitman
v.

CURTIS SCOTT,

       Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR A COURT ORDER REQUIRING THE RELEASE OF HIS MEDICAL RECORDS (ECF #532)

On May 15, 2019, Defendant Cutis Scott filed a motion in which he requested that the Court enter an order requiring the Wayne County Jail to send him certain medical records. (*See* Mot., ECF #532.)[1] At the May 10, 2019, on-the-record status conference, Scott's (now terminated) counsel informed Scott that based on her review of the matter, he does not need a court order to obtain the medical records that he requests. Instead, Scott need only fill out certain forms requesting the records. Counsel has now provided the required forms to Scott for him to complete and return to her. (*See* ECF #531.) She has pledged to send the completed

---

[1] Scott also requested in this motion that the Court terminate the appearance of his counsel, Kimberly Stout. (*See* Mot., ECF #532.) The Court granted that portion of Scott's motion in a separate written order. (*See* Order, ECF #535.)

1

documents, with the required check for the records, to the Wayne County Jail after Scott completes the forms and returns them to her.  If Scott follows this process – a procedure that he acknowledged on the record at the May 10, 2019, status conference was an appropriate way for him to obtain the records – he will be able to obtain the records without a court order.

For all of these reasons, Scott has not shown that a court order is necessary. Accordingly, his request for such an order is **DENIED WITHOUT PREJUDICE**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 16, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 16, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764