UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Case No. 14-cr-20780
                                                Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR RECONSIDERATION (ECF # 543)

On May 20, 2019, Defendant Curtis Scott filed a motion for reconsideration of the Court's previous ruling declining to recuse itself from presiding over this action. (*See* Mot., ECF #543.) Motions for reconsideration in this Court are governed by Local Rule 7.1(h). Under that rule, "[a] motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order." E.D. Mich. Local Rule 7.1(h)(1). In addition:

> Generally, and without restricting the Court's discretion, the Court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the Court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the Court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

1

E.D. Mich. Local Rule 7.1(h)(3).

The Court has carefully reviewed Scott's motion for reconsideration and concludes that he is not entitled to relief. None of the arguments raised in the motion persuade the Court that it palpably erred when it declined to recuse itself from presiding over this action. Nor has Scott shown that even if such a defect existed, it would have resulted in a different disposition of the case. Accordingly, Scott has not established an entitlement to relief under Local Rule 7.1(h).

**IT IS THEREFORE ORDERED** that Scott's motion for reconsideration (ECF #543) is **DENIED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 22, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764