UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 14-cr-20780
Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

    Defendant.

_____/

## ORDER REQUIRING DEFENDANT'S APPEARANCE

On May 10, 2019, the Court scheduled sentencing in this action for June 21, 2019, at 9:30 a.m. Defendant Curtis Scott is ordered to personally appear at that conference. Through this order, the United States Marshals Service is authorized to use the minimum amount of force necessary to ensure Scott's appearance in Court for the scheduled sentencing.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: June 17, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764