UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 14-cr-20780
                                             Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.

_____/

## ORDER DENYING PENDING MOTIONS

The Court held sentencing in this matter on June 21, 2019. (*See* Judgment, ECF #585.) For the reasons stated on the record at the sentencing hearing, the following motions that Defendant Curtis Scott has filed are **DENIED**: ECF ## 554, 558, 559, 561, 564, 565, 568, 570, 571, 580, 583, and 584. In addition, any other pending request for relief made or filed by Defendant Curtis Scott in this action is **DENIED** for lack of merit.

     **IT IS SO ORDERED**.

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 26, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2019, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764