UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 14-cr-20780
                                        Hon. Matthew F. Leitman
v.

CURTIS SCOTT,

      Defendant.
_____/

## ORDER GRANTING THE GOVERNMENT'S
## MOTION TO ENJOIN DEFENDANT (ECF NO. 613)

On April 9, 2016, a jury convicted Defendant Curtis Scott of one count of carjacking, one count of using or carrying a firearm during and in relation to a crime of violence, and one count of making a false statement or representation to a department or agency of the United States. (*See* Verdict, ECF No. 92.) On June 21, 2019, the Court entered judgment against Scott and sentenced him with respect to those convictions. (*See* Judgment, ECF No. 585.) Scott has now filed an appeal of that judgment. (*See* Notice of Appeal, ECF No. 587.)

Scott's appeal generally divests this Court of jurisdiction. Nonetheless, Scott continues to file notices and other documents in this action. Some of those documents relate to alleged conduct and/or alleged cooperation by inmates in other

1

cases and that could potentially jeopardize the safety and physical well-being of those inmates. Scott's filings are inappropriate and must stop.

On September 26, 2019, the Government filed a motion in which it requested that the Court enjoin Scott from filing any future papers in this action without prior permission of the Court. (*See* Mot., ECF No. 613.) For all of the reasons stated in this order, and all of the reasons stated in the Government's motion, Scott's history of frivolous and potentially dangerous filings makes such an order a necessity.

Accordingly, the Government's motion to enjoin Defendant (ECF No. 613) is **GRANTED**. Scott is **ENJOINED** from making any further filings on the Court's docket in this action without first seeking permission from the Court. Should Scott wish to file any document in this action, he must first file a motion for leave. In any such motion for leave, Scott shall identify the document that he wishes to file and explain why that document is appropriately filed in this case at this stage of the proceeding. Scott shall not attach the document that he wishes to file to his motion for leave. Nor shall Scott identify any inmate by name in the motion for leave or identify any other person by name that he claims is cooperating with law enforcement. Finally, Scott shall not file any other document unless and until the Court grants leave.

The Court will strike from the record any filings – other than a motion for leave – that Scott attempts to file without prior permission and/or that do not comply with this order.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 18, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 18, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764