UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CURTIS SCOTT,

    Defendant.
_____/

Case No. 14-cr-20780
Hon. Matthew F. Leitman

## ORDER DENYING MOTION FOR LEAVE TO FILE IN DISTRICT COURT (ECF NO. 628)

This Court previously entered an order requiring Defendant Curtis Scott to obtain permission from the Court before filing anything on the docket. (*See* ECF No. 620.) Now before the Court is a motion by Scott for permission to make a filing. (*See* ECF No. 628.) The motion is DENIED. The motion is difficult to understand, and Scott has not persuaded the Court that the filing he proposes to make is proper.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: February 21, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 21, 2020, by electronic means and/or ordinary mail.

                                                      s/Holly A. Monda
                                                      Case Manager
                                                      (810) 341-9764