UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 14-cr-20780
Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

    Defendant.
_____/

**<u>ORDER DENYING DEFENDANT'S MOTIONS
FOR LEAVE TO FILE (ECF Nos. 632, 633, & 634)</u>**

On March 9, 2016, a jury convicted Defendant Curtis Scott of one count of carjacking, one count of using or carrying a firearm during and in relation to a crime of violence, and one count of making a false statement or representation to a department or agency of the United States. (*See* Verdict, ECF No. 92.) His case is currently on appeal to the Sixth Circuit. (*See* Notice of Appeal, ECF No. 587.)

This Court has previously enjoined Scott from "making any further filings on the Court's docket in this action without first seeking permission from the Court. Should Scott wish to file any document in this action, he must first file a motion for leave." (Order Granting Govt Mot. to Enjoin Def., ECF No. 620, PageID.5885.) Scott has now filed three motions requesting leave to make a filing. (*See* Mots. for Leave, ECF Nos. 632, 633, & 634.)

1

Scott's motions are very difficult to understand, and he is not entitled to any of the relief that he appears to seek.  Therefore, Scott's Motions for Leave (ECF Nos. 632, 633, & 634) are **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 19, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 19, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761

2