UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 14-cr-20780
Hon. Matthew F. Leitman

CURTIS SCOTT,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR COMPASSIONATE RELEASE (ECF No. 636)

On March 9, 2016, a jury convicted Defendant Curtis Scott of one count of carjacking, one count of using or carrying a firearm during and in relation to a crime of violence, and one count of making a false statement or representation to a department or agency of the United States. (*See* Verdict, ECF No. 92.) His case is currently on appeal to the Sixth Circuit. (*See* Notice of Appeal, ECF No. 587.)

This Court has previously enjoined Scott from "making any further filings on the Court's docket in this action without first seeking permission from the Court. Should Scott wish to file any document in this action, he must first file a motion for leave." (Order Granting Govt Mot. to Enjoin Def., ECF No. 620, PageID.5885.) Scott has now filed a motion requesting leave to file a motion for compassionate release. (*See* Mot. for Leave for Compassionate Release, ECF No. 636.)

The Court **GRANTS** Scott's motion. Scott may now proceed to file a motion for compassionate release. The Court is not treating Scott's motion for leave to file a motion for compassionate release as a substantive motion for compassionate release.

The Court's decision to grant Scott leave to file a motion for compassionate release should not be taken as an indication that the Court is predisposed to grant him compassionate release. Rather, the Court will fully and carefully review Scott's motion for compassionate release once it is filed on the Court's docket.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 24, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 24, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761