UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 14-cr-20780
Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.

_____/

## ORDER GRANTING LEAVE TO FILE A MOTION UNDER 28 U.S.C. §2255 (ECF No. 643)

Defendant Curtis Scott has filed a pro se motion for leave to file a motion under 28 U.S.C. §2255. The motion is GRANTED. Scott may file a motion under 28 U.S.C. §2255. Scott would be well-advised to research and understand how his pending direct appeal – including the issues he has raised in that appeal and the issues he has not raised in that appeal – may impact the issues he wishes to raise in his motion under 28 U.S.C. §2255.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2020

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 2, 2020, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda  
                                            Case Manager  
                                            (810) 341-9764