UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,       Case No. 14-cr-20780
                Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

   Defendant.

_____/

## ORDER GRANTING LEAVE TO FILE A MOTION
## UNDER 28 U.S.C. §2255 (ECF No. 649)

On November 9, 2020, Defendant Curtis Scott filed a *pro se* motion for leave

to file a "timely" motion under 28 U.S.C. § 2255. (Mot., ECF No. 649.)  That motion

is **GRANTED**.  Scott may file a Section 2255 motion in this action.  However, the

Court will not make any judgment in advance as to the timeliness of such a motion.

The Court will consider whether any motion Scott files is timely in the context of

resolving the motion after it is filed and fully briefed.

  **IT IS SO ORDERED**.

        s/Matthew F. Leitman_____
        MATTHEW F. LEITMAN
Dated:  January 4, 2021    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764