UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                               Case No. 14-cr-20780
                                                    Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

      Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO RE-REVIEW
COMPASSIONATE RELEASE AND TO
REQUEST A LAWYER (ECF No. 659)**

On March 9, 2016, a jury convicted Defendant Curtis Scott of aiding and abetting a carjacking, aiding and abetting the discharge of a gun in furtherance of a carjacking, and making false statements to a federal law enforcement officer. (*See* Verdict Form, ECF No. 92.)  The Court sentenced Scott to a term of 180 months in custody. (*See* Judgment, ECF No. 585, PageID.5660.)

On May 25, 2021, Scott moved for compassionate release. (*See* Mot., ECF No. 653.)  The Court denied that motion in a written order dated July 15, 2021. (*See* Order, ECF No. 658.)  Before Scott received notice of the Court's July 15 order, he filed a second motion for compassionate release and for the appointment of counsel. (*See* Mot., ECF No. 659.)  For all of the reasons stated in the Court's July 15 order, the Court remains persuaded that Scott is not entitled to compassionate release and

is not entitled to the appointment of counsel. Scott's currently pending motion for compassionate release and for the appointment of counsel (ECF No. 659) is therefore **DENIED**.

    **IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 20, 2021

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2021, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9761