UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 14-cr-20780
                                              Hon. Matthew F. Leitman

v.

CURTIS SCOTT,

        Defendant.

_____/

## ORDER DIRECTING GOVERNMENT TO SUPPLEMENT ITS RESPONSE (ECF No. 675) TO DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT HIS SENTENCE (ECF No. 663)

On March 9, 2016, a jury convicted Defendant Curtis Scott of aiding and abetting a carjacking, aiding and abetting the discharge of a gun in furtherance of a carjacking, and making false statements to a federal law enforcement officer. (*See* Verdict Form, ECF No. 92.)  The Court sentenced Scott to a term of 180 months in custody. (*See* Judgment, ECF No. 585, PageID.5660.)

On September 10, 2021, Scott filed a motion to vacate his convictions and sentence and for a new trial pursuant to 28 U.S.C. § 2255. (*See* Mot., ECF No. 663.) The Government opposes Scott's motion. (*See* Gvt. Resp., ECF No. 675.)  The Government contends that "[c]laims raised on direct appeal and resolved adversely to [a] petitioner should be deemed unreviewable under § 2255 as previously litigated," and it insists that "Scott's motion is a laundry list of issues he raised

1

[unsuccessfully] both in his motion for a new trial before this Court, and in his appeal to the Sixth Circuit." (*Id.*, PageID.6286.)   However, the Government has not specifically identified any of Scott's arguments that he previously raised or that this Court or the Sixth Circuit previously rejected.

The Court would be substantially aided by a supplemental submission from the Government that (1) identifies all of the arguments in Scott's current Section 2255 motion that he previously raised and (2) identifies where in the record either this Court or the Sixth Circuit rejected those arguments.   The supplement can take the form of completing the following chart:

| **SCOTT ARGUMENT** | **WHERE IN RECORD RAISED BEFORE**<br><br>**(Docket number and PageID)** | **WHERE IN RECORD REJECTED**<br><br>**(Docket number and PageID)** |
|---|---|---|
|  |  |  |

The Government shall file this supplement with the Court by no later than **December 6, 2021**.

### IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 20, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 20, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761